# EXHIBIT A

Brian R. Mason, Esq. (SBN: 257420)
bmason@thegomezfirm.com
Jessica Davidson-Lujan, Esq. (SBN: 312394)
jlujan@thegomezfirm.com
Lara Deitz, Esq. (SBN: 328302)
ldeitz@thegomezfirm.com
Jansen Hyatt, Esq. (SBN: 350722)
jhyatt@thegomezfirm.com
**GOMEZ TRIAL ATTORNEYS**
505 Front Street
San Diego, California 92101
Tel: (619) 237-3490
Fax: (619) 237-3496

E-Service: teammason@thegomezfirm.com

Attorneys for Plaintiff,
JENNIFER MARSHALL

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego

6/11/2025 12:43:47 PM

Clerk of the Superior Court
By R. Stille          ,Deputy Clerk

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF SAN DIEGO – CENTRAL DIVISION

| | |
|---|---|
| JENNIFER MARSHALL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AMAZON.COM, INC., a Delaware corporation doing business as "AMAZON"; DOES 1 through 100, inclusive, <br><br> Defendants. | Unlimited Civil <br> **Case No.:** 25CU030726C <br><br> **COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** <br><br> 1. **Negligence – Products Liability** <br> 2. **Strict Product Liability – Design Defect Risk Benefit Test** <br> 3. **Strict Product Liability – Design Defect Consumer Expectation Test** <br> 4. **Strict Product Liability – Manufacturing Defect** <br> 5. **Strict Product Liability – Failure to Warn** <br> 6. **Breach of Express Warranty** <br> 7. **Breach of Implied Warranty** |

///

///

1

COMPLAINT AND DEMAND FOR JURY TRIAL

Comes now Plaintiff JENNIFER MARSHALL ("Plaintiff") and alleges against Defendants AMAZON.COM, INC., a Delaware corporation doing business in the state of California as "AMAZON" ("Defendant AMAZON"); DOE 1, a Chinese company doing business in the state of California as "SUPCEAT" ("Defendant SUPCEAT"); and DOES 2 through 50, inclusive, (collectively "Defendants") as follows:

## PARTIES

1.    Plaintiff JENNIFER MARSHALL is, and was at all relevant times mentioned herein, an individual residing in San Diego, California 92120.

2.    Based on information and belief, Defendant AMAZON.COM, INC., is, and at all relevant times mentioned herein was a Delaware corporation in doing business in the state of California as "AMAZON."

3.    Based on information and belief, Defendant DOE 1 is, and at all relevant times mentioned herein was the manufacturer of the ear plugs at issue in this case under the brand name "SUPCEAT." Based on information and belief, DOE 1 is an unknown Chinese company doing business in the state of California and on Amazon.com under the brand name "SUPCEAT." However, SUPCEAT is not a standalone company and appears to only be a brand name.

4.    Plaintiff JENNIFER MARSHALL is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 50, inclusive, and, therefore, sue the Defendants by such fictitious names. Plaintiff will amend this Complaint to insert their true names and capacities when ascertained. Plaintiff is informed and believes and therefore alleges that each of these fictitiously named Defendants are legally responsible for the events and happenings referred to herein, and legally hereinafter alleged were proximately caused by the acts of such Defendants, and each of them.

5.    Based on information and belief, at all times mentioned herein, each of the Defendants was the agent and employee of the remaining Defendants and was acting within the scope and purpose of such agency and employment in doing the acts herein alleged.

///

///

///

GOMEZ TRIAL
ATTORNEYS

2

COMPLAINT AND DEMAND FOR JURY TRIAL

## JURISDICTION AND VENUE

6.    This case arises out of injuries caused by a dangerous product on June 18, 2023, which resulted in damages to Plaintiff, JENNIFER MARSHALL well in excess of $35,000.00, the jurisdictional minimum of this Court.

7.    This litigation arises out of the Defendants' activities within the State of California, City of San Diego, County of San Diego. Accordingly, jurisdiction is proper in the Superior Court for the County of San Diego Central Division pursuant to section 410.10 of the California Code of Civil Procedure.

## FACTS COMMON TO ALL CAUSES OF ACTION

8.    Plaintiff repeats, realleges, and incorporates each of the preceding paragraphs as though set forth in full herein.

9.    Plaintiff is informed and believes and therein alleges that Defendant AMAZON; and DOES 1 through 100, and each of them, were engaged in the design, manufacture, distribution, and sale of "SUPCEAT Ear Plugs for Sleeping - Noise Reduction Soft Silicone Earplugs, 2 Pairs Reusable Hearing Protection Earplugs for Noise Sensitivity, Sleep, Snore, Travel, Sound Reduction Noise Cancelling – Pink" ("Earplugs".)

10.    On June 12, 2023, Ms. Marshall, using an electronic device, logged into Amazon's online shopping website looking to purchase ear plugs. Ms. Marshall inputted "earplugs" into the online shopping websites search bar. Among the first products listed by Amazon were the Earplugs. The product listing describes the Earplugs as suitable "for sleeping" stating that they "help preserve [...] hearing" and are "safe."

11.    Ms. Marshall purchased the Earplugs from Amazon's online shopping website and had them shipped to her house in San Diego, California. Shipping was free due to Ms. Marshall's Amazon "prime" subscription.

12.    On June 13, 2023, the Earplugs were delivered to Ms. Marshall's house from an Amazon warehouse, by an Amazon driver, in Amazon packaging.

GOMEZ TRIAL ATTORNEYS

COMPLAINT AND DEMAND FOR JURY TRIAL

13. On June 18, 2023, Ms. Marshall opened the packaging to find the Earplugs, along with a user guide. Ms. Marshall opened the user guide and reviewed it. That night Ms. Marshall gently inserted the Earplugs into her ears and went to sleep.

14. On June 19, 2023, Ms. Marshall woke up with a burning pain inside her right ear, with hearing loss. ("Subject Incident") during the night, the Earplugs had perforated her eardrum.

## FIRST CAUSE OF ACTION

**(Negligence – Product Liability as to Defendant AMAZON; Defendant DOE 1; and DOES 2 through 15)**

15. Plaintiff repeats, realleges, and incorporates each of the preceding paragraphs as though set forth in full herein.

16. Plaintiff is informed and believes and therein alleges that Defendant AMAZON; and DOES 1 through 15, and each of them, were engaged in the design, manufacture, distribution, and sale of the Earplugs.

17. Plaintiff is informed and believes and therein alleges Defendant AMAZON; and DOES 1 through 15, and each of them, owed a duty of care to consumers with respect to the Earplugs. The duty of care owed by Defendants' included acting reasonably to ensure: that when their products are designed, manufactured, distributed, and sold to consumers they are safe and come with adequate warnings of any substantial and foreseeable risk of harm.

18. Plaintiff is informed and believes and therein alleges that Defendant AMAZON; and DOES 1 through 15, and each of them, breached their duty of care when they designed, manufactured, distributed, and sold the Earplugs in a defective condition that created a substantial and foreseeable risk of harm to consumers, that they would use the Earplugs and suffer direct and/or pressure induced rupture of the Eardrum. Specifically, the Earplugs lacked limiters or stop features that prevented over-insertion, implemented hard or rigid material in the insertion tip, and were shaped so as to create an airtight seal without mechanisms to equalize pressure in the ear.

19. Plaintiff is informed and believes and therein alleges that Defendant AMAZON; and DOES 1 through 15, and each of them, breached their duty of care when they advertised the Earplugs to consumers as "safe" and suitable "for sleeping" and did not provide adequate warnings of the substantial

COMPLAINT AND DEMAND FOR JURY TRIAL

GOMEZ TRIAL
ATTORNEYS

and foreseeable risk of direct and/or pressure induced rupture of the eardrum. The only relevant warnings that came with the Earplugs state that consumers should not "forcefully push [the earplugs] into the ear canal *to avoid discomfort during use.*"

20. Plaintiff is informed and believes and therein alleges that by failing to ensure that the Earplugs were safe, and failing to ensure that the Earplugs came with adequate warnings, Defendant AMAZON; and DOES 1 through 15, and each of them, breached their duty of care, and were therefore negligent.

21. As a direct and proximate result of the negligence of Defendant AMAZON; and DOES 1 through 15, and each of them, Plaintiff has suffered physical and emotional injuries, past and future economic damages, including past and future medical expenses, as well as past and future non-economic damages including physical pain, mental suffering, loss of enjoyment of life, physical impairment, inconvenience, grief, anxiety, humiliation, emotional distress, and other damages to be proven at the time of trial.

## SECOND CAUSE OF ACTION

**(Strict Product Liability – Design Defect Risk Benefit Test as to Defendant AMAZON; Defendant SUPCEAT; DOE 1, and DOES 16 through 30)**

22. Plaintiff repeats, realleges, and incorporates each of the preceding paragraphs as though set forth in full herein.

23. Plaintiff is informed and believes and therein alleges that Defendant AMAZON; DOE 1; and DOES 16 through 30, and each of them, and each of them, were engaged in the design, manufacture, distribution, and sale of the Earplugs.

24. Plaintiff is informed and believes and therein alleges that the design of the Earplugs was defective, as it lacked limiters or stop features that prevented over-insertion, implemented hard or rigid material in the insertion tip, and shaped the Earplugs so as to create an airtight seal without mechanisms to equalize pressure in the ear. These defects created a substantial and foreseeable risk of harm to consumers, that they would use the Earplugs and suffer direct and/or pressure induced rupture of the eardrum.

GOMEZ TRIAL ATTORNEYS

25.    Plaintiff is informed and believes and therein alleges that because the Earplugs were advertised to consumers as "safe" and suitable "for sleeping" that they were intended to be used during sleep. Accordingly, it was reasonably foreseeable that consumers would use the Earplugs for that intended use, as Plaintiff did.

26.    Plaintiff is informed and believes and therein alleges that a safer alternative design that eliminated the Earplug's defects was feasible and would have imposed minimal additional design, manufacture, and distribution costs relative to the foreseeable risk of harm the Earplugs posed to consumers.

27.    Plaintiff is informed and believes and therein alleges that the defective design of the Earplugs was a substantial factor in causing Plaintiff's eardrum to be perforated.

28.    Plaintiff is informed and believes and therein alleges that as a direct and proximate result of the defective Earplugs, Plaintiff has suffered physical and emotional injuries, past and future economic damages, including past and future medical expenses, as well as past and future non-economic damages including physical pain, mental suffering, loss of enjoyment of life, physical impairment, inconvenience, grief, anxiety, humiliation, emotional distress, and other damages to be proven at the time of trial.

### THIRD CAUSE OF ACTION

**(Strict Product Liability – Design Defect Consumer Expectation Test as to Defendant AMAZON; DOE 1; and DOES 31 through 45)**

29.    Plaintiff repeats, realleges, and incorporates each of the preceding paragraphs as though set forth in full herein.

30.    Plaintiff is informed and believes and therein alleges that Defendant AMAZON; DOE 1; and DOES 31 through 45, and each of them, were engaged in the design, manufacture, distribution, and sale of the Earplugs.

31.    Plaintiff is informed and believes and therein alleges that the design of the Earplugs was defective, as it lacked limiters or stop features that prevented over-insertion, implemented hard or rigid material in the insertion tip, and shaped the Earplugs so as to create an airtight seal without mechanisms to equalize pressure in the ear. These defects created a substantial and foreseeable risk of harm to

GOMEZ TRIAL ATTORNEYS

COMPLAINT AND DEMAND FOR JURY TRIAL

consumers, that they would use the Earplugs and suffer direct and/or pressure induced rupture of the eardrum.

32.    Plaintiff is informed and believes and therein alleges that because the Earplugs were advertised to consumers as "safe" and suitable "for sleeping" that they were intended to be used during sleep. Accordingly, it was reasonably foreseeable that consumers would use the Earplugs for that intended use, as Plaintiff did.

///

33.    Plaintiff is informed and believes and therein alleges that when the Earplugs perforated her eardrum they did not perform as safely as an ordinary consumer would have expected that they would perform.

34.    Plaintiff is informed and believes and therein alleges that the Earplugs failure to perform as safely was a substantial factor in causing Plaintiff's eardrum to be perforated.

35.    Plaintiff is informed and believes and therein alleges that as a direct and proximate result of the defective Earplugs, Plaintiff has suffered physical and emotional injuries, past and future economic damages, including past and future medical expenses, as well as past and future non-economic damages including physical pain, mental suffering, loss of enjoyment of life, physical impairment, inconvenience, grief, anxiety, humiliation, emotional distress, and other damages to be proven at the time of trial.

## FOURTH CAUSE OF ACTION

**(Strict Product Liability – Manufacturing Defect as to Defendant AMAZON; DOE 1; and DOES 46 through 60)**

36.    Plaintiff repeats, realleges, and incorporates each of the preceding paragraphs as though set forth in full herein.

37.    Plaintiff is informed and believes and therein alleges that Defendant AMAZON; DOE 1; and DOES 46 through 60, and each of them, were engaged in the design, manufacture, distribution, and sale of the Earplugs.

38.    Plaintiff is informed and believes and therein alleges that at the time the Earplugs were manufactured they were defective, as they lacked limiters or stop features that prevented over-insertion, implemented hard or rigid material in the insertion tip, and shaped the Earplugs so as to create an airtight

GOMEZ TRIAL ATTORNEYS

COMPLAINT AND DEMAND FOR JURY TRIAL

seal without mechanisms to equalize pressure in the ear. These defects created a substantial and foreseeable risk of harm to consumers, that they would use the Earplugs and suffer direct and/or pressure induced rupture of the eardrum.

39.    Plaintiff is informed and believes and therein alleges that because the Earplugs were advertised to consumers as "safe" and suitable "for sleeping" that they were intended to be used during sleep. Accordingly, it was reasonably foreseeable that consumers would use the Earplugs for that intended use, as Plaintiff did.

40.    Plaintiff is informed and believes and therein alleges that the defective manufacture of the Earplugs was a substantial factor in causing Plaintiff's eardrum to be perforated.

41.    Plaintiff is informed and believes and therein alleges that as a direct and proximate result of the defective Earplugs, Plaintiff has suffered physical and emotional injuries, past and future economic damages, including past and future medical expenses, as well as past and future non-economic damages including physical pain, mental suffering, loss of enjoyment of life, physical impairment, inconvenience, grief, anxiety, humiliation, emotional distress, and other damages to be proven at the time of trial.

## FIFTH CAUSE OF ACTION

**(Strict Product Liability – Failure to Warn as to Defendant AMAZON; DOE 1; and DOES 61 through 75)**

42.    Plaintiff repeats, realleges, and incorporates each of the preceding paragraphs as though set forth in full herein.

43.    Plaintiff is informed and believes and therein alleges that Defendant AMAZON; DOE 1; and DOES 61 through 75, and each of them, were engaged in the design, manufacture, distribution, and sale of the Earplugs.

44.    Plaintiff is informed and believes and therein alleges that at the time the Earplugs were designed, manufactured, distributed, and sold they were defective, as they lacked limiters or stop features that prevented over-insertion, implemented hard or rigid material in the insertion tip, and shaped the Earplugs so as to create an airtight seal without mechanisms to equalize pressure in the ear. These defects created a substantial and foreseeable risk of harm to consumers, that they would use the Earplugs and suffer direct and/or pressure induced rupture of the eardrum.

GOMEZ TRIAL ATTORNEYS

8

45.     Plaintiff is informed and believes and therein alleges that because the Earplugs were advertised to consumers as "safe" and suitable "for sleeping" that they were intended to be used during sleep. Accordingly, it was reasonably foreseeable that consumers would use the Earplugs for that intended use, as Plaintiff did.

46.     Plaintiff is informed and believes and therein alleges that the substantial and foreseeable risk of harm posed by the Earplugs to consumers, was known, or should have been known, by Defendant AMAZON; DOE 1; and DOES 61 through 75, and each of them, in light of knowledge that was generally accepted in the scientific community at the time that the Earplugs were designed, manufactured, distributed, and sold.

47.     Plaintiff is informed and believes and therein alleges that ordinary consumers would not have recognized the risk of harm posed by the Earplugs.

48.     Plaintiff is informed and believes and therein alleges that Defendant AMAZON; DOE 1; and DOES 61 through 75, and each of them, failed to adequately warn Plaintiff of substantial and foreseeable risk of harm posed by the Earplugs care. Specifically, the Defendants advertised the Earplugs to consumers as "safe" and suitable "for sleeping" and did not provide any warnings of the substantial and foreseeable risk of direct and/or pressure induced rupture of the eardrum. The only relevant warnings that came with the Earplugs state that consumers should not "forcefully push [the earplugs] into the ear canal *to avoid discomfort during use*."

49.     Plaintiff is informed and believes and therein alleges that the failure to provide adequate warnings was a substantial factor in causing Plaintiff's eardrum to be perforated.

50.     Plaintiff is informed and believes and therein alleges that as a direct and proximate result of the failure to provide adequate warnings, Plaintiff has suffered physical and emotional injuries, past and future economic damages, including past and future medical expenses, as well as past and future non-economic damages including physical pain, mental suffering, loss of enjoyment of life, physical impairment, inconvenience, grief, anxiety, humiliation, emotional distress, and other damages to be proven at the time of trial.

## SIXTH CAUSE OF ACTION

**(Breach of Express Warranty as to Defendant AMAZON; DOE 1; and DOES 76 through 90)**

9

COMPLAINT AND DEMAND FOR JURY TRIAL

51.    Plaintiff repeats, realleges, and incorporates each of the preceding paragraphs as though set forth in full herein.

52.    Plaintiff is informed and believes and therein alleges that Defendants, and each of them, were engaged in the design, manufacture, distribution, and sale of the Earplugs.

///

///

53.    Plaintiff is informed and believes and therein alleges that Defendant AMAZON; DOE 1; and DOES 76 through 90, and each of them, gave Plaintiff written and implied warranties that the Earplugs were "safe" and suitable "for sleeping."

54.    Plaintiff is informed and believes and therein alleges that the Earplugs were advertised to consumers as "safe" and suitable "for sleeping" and thus they were intended to be used during sleep. Accordingly, it was reasonably foreseeable that consumers would use the Earplugs for that intended use, as Plaintiff did.

55.    Plaintiff is informed and believes and therein alleges that Plaintiff reasonably relied on the written and implied warranties Defendant AMAZON; DOE 1; and DOES 76 through 90, and each of them, gave her. The Earplugs did not conform to the written and implied warranties, and was not fit for the purpose which it was intended, as they perforated her eardrum.

56.    Plaintiff is informed and believes and therein alleges that Plaintiff's reasonable reliance on the written and implied warranties given by Defendant AMAZON; DOE 1; and DOES 76 through 90, and each of them, was a substantial factor in causing Plaintiff's eardrum to be perforated.

57.    Plaintiff is informed and believes and therein alleges that as a direct and proximate result of Plaintiff's reasonable reliance on the written and implied warranties, Plaintiff has suffered physical and emotional injuries, past and future economic damages, including past and future medical expenses, as well as past and future non-economic damages including physical pain, mental suffering, loss of enjoyment of life, physical impairment, inconvenience, grief, anxiety, humiliation, emotional distress, and other damages to be proven at the time of trial.

///

///

10

COMPLAINT AND DEMAND FOR JURY TRIAL

## SEVENTH CAUSE OF ACTION

**(Breach of Implied Warranty as to Defendant AMAZON; DOE 1; and DOES 91 through 100)**

58.    Plaintiff repeats, realleges, and incorporates each of the preceding paragraphs as though set forth in full herein.

59.    Plaintiff is informed and believes and therein alleges that Defendants, and each of them, were engaged in the design, manufacture, distribution, and sale of the Earplugs.

///

60.    Plaintiff is informed and believes and therein alleges that Defendant AMAZON; DOE 1; and DOES 91 through 100, and each of them, gave Plaintiff written and implied warranties that the Earplugs were "safe" and suitable "for sleeping."

61.    Plaintiff is informed and believes and therein alleges that the Earplugs were advertised to consumers as "safe" and suitable "for sleeping" and thus they were intended to be used during sleep. Accordingly, it was reasonably foreseeable that consumers would use the Earplugs for that intended use, as Plaintiff did.

62.    Plaintiff is informed and believes and therein alleges that Plaintiff reasonably relied on the written and implied warranties Defendant AMAZON; DOE 1; and DOES 76 through 90, and each of them, gave her. The Earplugs did not conform to the written and implied warranties, and was not fit for the purpose which it was intended, as they perforated her eardrum.

63.    Plaintiff is informed and believes and therein alleges that Plaintiff's reasonable reliance on the written and implied warranties given by Defendant AMAZON; DOE 1; and DOES 76 through 90, and each of them, was a substantial factor in causing Plaintiff's eardrum to be perforated.

64.    Plaintiff is informed and believes and therein alleges that as a direct and proximate result of Plaintiff's reasonable reliance on the written and implied warranties, Plaintiff has suffered physical and emotional injuries, past and future economic damages, including past and future medical expenses, as well as past and future non-economic damages including physical pain, mental suffering, loss of enjoyment of life, physical impairment, inconvenience, grief, anxiety, humiliation, emotional distress, and other damages to be proven at the time of trial.

///

11

GOMEZ TRIAL ATTORNEYS

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff JENNIFER MARSHALL prays for judgement against AMAZON; DOES 1 through 100, and each of them, as follows:

1.    For past and future non-economic damages according to proof;

2.    For economic damages, including but not limited to: past and future medical expenses, past property damages, and past and future loss of earnings and earning capacity, according to proof;

3.    For costs of suit herein incurred;

4.    For prejudgment interest as provided by law; and

5.    For such further relief as the court may deem just and proper.

DATED: June 11, 2025

GOMEZ TRIAL ATTORNEYS

Brian R. Mason, Esq.
N. Jessica Lujan, Esq.
Lara Deitz, Esq.
Jansen Hyatt, Esq.
Attorneys for Plaintiff,
JENNIFER MARSHALL

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury in this matter.

DATED: June 11, 2025

GOMEZ TRIAL ATTORNEYS

Brian R. Mason, Esq.
N. Jessica Lujan, Esq.
Lara Deitz, Esq.
Jansen Hyatt, Esq.
Attorneys for Plaintiff,
JENNIFER MARSHALL

GOMEZ TRIAL
ATTORNEYS

12